## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## JACKSON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Adel A. Elrafei | § | CHAPTER 13 |
| *dba Elrafei Medmart, Inc.* | § | CASE NO 21-10736 |
| | § | |
| Debtor | § | |
| | | |
| Carvana, LLC, | § | CONTESTED MATTER |
| | § | |
| Respondent | § | |
| v. | § | |
| Adel A. Elrafei, Debtor | § | |
| | § | |
| Timothy H. Ivy, Trustee | § | |
| | § | |
| | § | |
| | § | |

## OBJECTION TO CONFIRMATION

COMES NOW, Carvana, LLC (Carvana) and makes and files its Objection to the Confirmation of the Debtor's Chapter 13 plan for the reasons set forth below:

1.

Carvana holds a first priority lien on the Certificate of Title to the Debtor's 2014 BMW 5 Series; VIN WBAKN9C58ED680720 a true and accurate photostatic copy of the Certificate of Title is attached hereto as Exhibit A.

2.

The Debtor's plan values Carvana's collateral in the amount of $17,000.00, with an interest rate of 6.00% and monthly payments of $329.00.

3.

The NADA value of the collateral at $24,100.00 and Carvana is entitled to be paid fully secured to that amount. A copy of the NADA documentation is attached hereto as Exhibit B; the contractual interest rate is 9.43%.

4.

The Debtor's proposed value, monthly payment and interest rate are insufficient to provide Carvana with adequate protection.

THEREFORE, based upon the above and foregoing facts Carvana objects to the confirmation of the Debtors' Chapter 13 case.

This 31st day of August 2021.

    Respectfully Submitted

**/s/Richard B. Maner**
Richard B. Maner, TN Bar No. 024019
Attorney for Respondent
180 Interstate N Parkway, Suite 200
Atlanta, GA 30339
404-252-6385 Phone; 404-252-6394 Fax

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of **OBJECTION TO CONFIRMATION** electronically.  Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Adel A. Elrafei
315 Robin Dr.
Ripley, TN 38063

Ken Walker
Walker Walker & Walker
Attorneys at Law
P.O. Box 530
Lexington, TN 38351

Trustee
Timothy H. Ivy
250 N. Parkway Ste. 1
Jackson, TN 38305

This the 31st  day of August 2021

**/s/Richard B. Maner**
Richard B. Maner, TN Bar No. 024019
Attorney for Respondent
180 Interstate N Parkway, Suite 200
Atlanta, GA 30339
404-252-6385 Phone; 404-252-6394 Fax

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| WBAKN9C58ED680720 | 2014 | BMW | 550 | 4D | 14900001464 |

DATE OF FIRST SECURITY INTEREST 03-23-2018

FIRST LIENHOLDER CODE

CARVANA LLC
PO BOX 29002
PHOENIX    AZ 85038-9002

FIRST LIEN RELEASED BY

_____
SIGNATURE              RELEASE DATE

CARVANA LLC
PO BOX 29002
PHOENIX    AZ 85038-9002

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

STATE OF TENNESSEE

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE DOCUMENT. BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| WBAKN9C58ED680720 | 2014 | BMW | 550 | 4D | 14900001464 |

| NEW | USED | DEMO | PREV STATE | CO | ODOMETER |
|---|---|---|---|---|---|
|  | X |  | CA | 49 | 38037 |

DATE TITLE ISSUED        04-20-2018        REMARKS
DATE VEHICLE ACQUIRED    03-23-2018            ACTUAL MILEAGE

ADEL ELRAFEI
315 ROBIN DR
RIPLEY    TN 38063-4050

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY

_____
SIGNATURE              RELEASE DATE
DATE OF FIRST SECURITY INTEREST 03-23-2018
FIRST LIENHOLDER CODE

CARVANA LLC
PO BOX 29002
PHOENIX    AZ 85038-9002

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE THE MARK.

STATE OF TENNESSEE

# J.D. POWER  NADA GUIDES SINCE 1933

Did you know J.D. Power's industry-leading valuations data drives NADAguides.com? Learn more



# 2014 BMW 5 Series Prices and Values
## Sedan 4D 550i V8 Turbo

⇄ CHANGE CAR    ⊕ COMPARE



📷 View more photos & video (20)

See other trim levels

| Sedan 4D 550i V8 Turbo | ∨ |

8/24/2021 2014 BMW 5 Series Sedan 4D 550i V8 Turbo Prices, Values & 5 Series Sedan 4D 550i V8 Turbo Price Specs | NADAguides

Case 21-10736   Doc 21   Filed 08/31/21   Entered 08/31/21 12:01:22   Desc Main
Document   Page 6 of 6

# Values & Cost Details ⓘ

Pricing    Cost to Own

## Rough Trade-In

| | |
|---|---|
| Base Price | $15,825 |
| Mileage (80,000) | $1,600 |
| Total Base | $17,425 |
| Options | N/A |
| | **$17,425** |

## Average Trade-In

| | |
|---|---|
| Base Price | $17,850 |
| Mileage (80,000) | $1,600 |
| Total Base | $19,450 |
| Options | N/A |
| | **$19,450** |

## Clean Trade-In

| | |
|---|---|
| Base Price | $19,550 |
| Mileage (80,000) | $1,600 |
| Total Base | $21,150 |
| Options | N/A |
| | **$21,150** |

Sell my car fast. **Get Offer.**

## Clean Retail

| | |
|---|---|
| Base Price | $22,500 |
| Mileage (80,000) | $1,600 |
| Total Base | $24,100 |
| Options | N/A |
| | **$24,100** |